TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00379-CR







Jimmy Lee Simmons, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT


NO. CR21467, HONORABLE EDWARD P. MAGRE, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted in part. Appellant's
counsel, Mr. John R. Duer, is ordered to tender a brief in this cause no later than February 23, 2007. 
No further extension of time will be granted.

It is ordered December 22, 2006.



Before Chief Justice Law, Justices Puryear and Pemberton

Do Not Publish